**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Lemuel Turton            BK NO. 22-02141 MJC

           Debtor(s)

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

                                            Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
22 Nov 2022, 13:30:52, EST

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322

Case 5:22-bk-02141-MJC   Doc 12   Filed 11/22/22   Entered 11/22/22 15:34:53   Desc
Main Document     Page 1 of 1
Document ID: 032e431bd5ea36db651896ffc2e5f2888b796bb302f03fa684abb419767a158d