In re:                                                                                    Case No. 22-02141-MJC

Lemuel Turton                                                                       Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                         User: AutoDocke                         Page 1 of 2

Date Rcvd: Nov 28, 2022                  Form ID: ntnew341                    Total Noticed: 7

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Lemuel Turton, 218 Starlight Drive, Effort, PA 18330-8080 |
| 5504814 | M&T Bank, PO Box 900, Millsboro, DE 19966-0900, Medical Data Systems I, 1532 Lakeview Dr Sebring, FL 33870-7957 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5504809 | Email/Text: bankruptcy@rentacenter.com | Nov 28 2022 18:40:00 | AcceptanceNOW, Attn: Bankruptcy, 5501 Headquarters Dr, Plano, TX 75024-5837 |
| 5504810 | Email/Text: bankruptcy@rentacenter.com | Nov 28 2022 18:40:00 | Aceptancenow, 5501 Headquarters Dr, Plano, TX 75024-5837 |
| 5504811 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 28 2022 18:47:19 | Capital One, Attn: Bnakruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5504812 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 28 2022 18:47:08 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5504813 | Email/Text: camanagement@mtb.com | Nov 28 2022 18:40:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2022                     Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bradley Warren Weidenbaum | |

on behalf of Debtor 1 Lemuel Turton weidenbaumlaw@gmail.com  G25181@notify.cincompass.com

Jack N Zaharopoulos (Trustee)

TWecf@pamd13trustee.com

Michael Patrick Farrington

on behalf of Creditor M&T BANK mfarrington@kmllawgroup.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Lemuel Turton,

       **Debtor 1**

Chapter      13

Case No.     5:22−bk−02141−MJC

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| 341 meeting by video conference, The Trustee will email the video link, 6 days prior to the meeting date. | Date: January 9, 2023<br><br>Time: 11:00 AM |

**Address of the Bankruptcy Clerk's Office:**
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes−Barre, PA 18701
(570) 831−2500

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: PamelaRadginski, Deputy Clerk

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

Date: November 28, 2022

ntnew341 (04/18)