


| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| A4B | 408835 | 210028 | 40883 | 0000450042 | 1 |

KALAHARI RESORTS LLC
250 KALAHARI BLVD.
POCONO MANOR, PA 18349

# Earnings Statement

Period Beginning: 10/20/2022
Period Ending: 11/02/2022
Pay Date: 11/09/2022

AVIS C WEIR-TURTON
218 STARLIGHT DR
EFFORT PA 18330

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0000 | 59.70 | 895.50 | 3,148.20 |
| **Gross Pay** | | | **$895.50** | 3,148.20 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -55.52 | 195.19 |
| | Medicare Tax | -12.99 | 45.65 |
| | PA State Income Tax | -27.49 | 96.64 |
| | Tobyhanna T Local Svc Tax | -2.00 | 8.00 |
| | Tobyhanna Tw Income Tax | -8.96 | 31.51 |
| | PA SUI Tax | -0.54 | 1.89 |
| **Other** | | | |
| | Uniform | | 32.00 |
| **Net Pay** | | **$788.00** | |
| | Checkng1 | -788.00 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pto Balances | 2.88 | |
| Wellness Bal | 8.00 | |
| Total Hours | | 59.70 |

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA: Married
Exemptions/Allowances:
  PA: N/A

Your federal taxable wages this period are $895.50

© 2000 ADP, Inc.



KALAHARI RESORTS LLC
250 KALAHARI BLVD.
POCONO MANOR, PA 18349

Advice number: 00000450042
Pay date: 11/09/2022

Deposited to the account of
AVIS C WEIR-TURTON

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx6255 | xxxx xxxx | $788.00 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**



| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| A4B | 408835 | 210028 | 40883 | 0000470048 | 1 |

# Earnings Statement



KALAHARI RESORTS LLC
250 KALAHARI BLVD.
POCONO MANOR, PA 18349

Period Beginning: 11/03/2022
Period Ending: 11/16/2022
Pay Date: 11/23/2022

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

AVIS C WEIR-TURTON
218 STARLIGHT DR
EFFORT PA 18330

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0000 | 63.00 | 945.00 | 4,093.20 |
| **Gross Pay** | | | **$945.00** | 4,093.20 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -58.59 | 253.78 |
| | Medicare Tax | -13.70 | 59.35 |
| | PA State Income Tax | -29.01 | 125.65 |
| | Tobyhanna T Local Svc Tax | -2.00 | 10.00 |
| | Tobyhanna Tw Income Tax | -9.45 | 40.96 |
| | PA SUI Tax | -0.57 | 2.46 |
| | **Other** | | |
| | Cares | -5.00 | 5.00 |
| | Uniform | | 32.00 |
| | **Net Pay** | **$826.68** | |
| | Checkng1 | -826.68 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pto Balances | | 4.03 |
| Wellness Bal | | 8.00 |
| Total Hours | | 63.00 |

**Additional Tax Withholding Information**

Taxable Marital Status:
  PA:  Married
Exemptions/Allowances:
  PA:  N/A

Your federal taxable wages this period are $945.00

© 2000 ADP, Inc.



KALAHARI RESORTS LLC
250 KALAHARI BLVD.
POCONO MANOR, PA 18349

Advice number: 00000470048
Pay date: 11/23/2022

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| AVIS C WEIR-TURTON | xxxxxx6255 | xxxx xxxx | $826.68 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**