UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES BARRE DIVISION

| IN RE: | CASE NO: 5:22-02141-MJC |
|---|---|
| LEMUEL TURTON | **DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 12/27/2022, I did cause a copy of the following documents, described below,

2nd Extension of Time Order to file schedules and plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/27/2022

/s/ BRADLEY W. WEIDENBAUM
BRADLEY W. WEIDENBAUM  85241

BRADLEY WARREN WEIDENBAUM ATTORNEY AT LAW
PO BOX 721
BRODHEADSVILLE, PA  18322
570 992 3900
bweedylaw@gmail.com

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA
# WILKES BARRE DIVISION

| | |
|---|---|
| IN RE: | CASE NO: 5:22-02141-MJC |
| LEMUEL TURTON | **CERTIFICATE OF SERVICE** <br> **DECLARATION OF MAILING** |
| | Chapter: 13 |

On 12/27/2022, a copy of the following documents, described below,

2nd Extension of Time Order to file schedules and plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/27/2022



Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
BRADLEY W. WEIDENBAUM
BRADLEY WARREN WEIDENBAUM ATTORNEY AT LAW
PO BOX 721
BRODHEADSVILLE, PA  18322

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM
```

| CASE INFO | EXCLUDE | EXCLUDE |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 522-02141-MJC<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>TUE DEC 27 8-14-47 PST 2022 | (U)MT BANK | US BANKRUPTCY COURT<br>MAX ROSENN US COURTHOUSE<br>197 SOUTH MAIN STREET<br>WILKES-BARRE PA 18701-1500 |
| ACCEPTANCENOW<br>ATTN BANKRUPTCY<br>5501 HEADQUARTERS DR<br>PLANO TX 75024-6191 | ACEPTANCENOW<br>5501 HEADQUARTERS DR<br>PLANO TX 75024-6191 | CAPITAL ONE<br>ATTN BNAKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| CAPITAL ONE<br>PO BOX 31293<br>SALT LAKE CITY UT 84131-0293 | CAPITAL ONE NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 71083<br>CHARLOTTE NC 28272-1083 | (P)MT BANK<br>LEGAL DOCUMENT PROCESSING<br>626 COMMERCE DRIVE<br>AMHERST NY 14228-2307 |
| EXCLUDE<br>(D)(P)MT BANK<br>LEGAL DOCUMENT PROCESSING<br>626 COMMERCE DRIVE<br>AMHERST NY 14228-2307 | MT BANK<br>PO BOX 900<br>MILLSBORO DE 19966-0900 | UNITED STATES TRUSTEE<br>228 WALNUT STREET SUITE 1190<br>HARRISBURG PA 17101-1722 |
| BRADLEY WARREN WEIDENBAUM<br>PO BOX 721<br>BRODHEADSVILLE PA 18322-0721 | (P)JACK N ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | DEBTOR<br>LEMUEL TURTON<br>218 STARLIGHT DRIVE<br>EFFORT PA 18330-8080 |
| MEDICAL DATA SYSTEMS I<br>1532 LAKEVIEW DR<br>SEBRING FL 33870-7957 | | |