United States Bankruptcy Court
Middle District of Pennsylvania

In re:     Case No. 22-02141-MJC
Lemuel Turton     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5    User: AutoDocke    Page 1 of 1
Date Rcvd: Feb 23, 2023    Form ID: pdf010    Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
|  | New York Citys Employee Retirement System, 30-304 7th Avenue, 10th Floor, Long Island City, NY 11101 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 25, 2023     Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bradley Warren Weidenbaum | on behalf of Debtor 1 Lemuel Turton weidenbaumlaw@gmail.com G25181@notify.cincompass.com |
| Brian Nicholas | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor M&T BANK mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Lemuel Turton, | : | |
| | : | |
| Debtor | : | Bankruptcy No. 5:22-bk-02141-MJC |

## ORDER

Upon consideration of Debtor's Motion for Pension Attachment Order, Dkt. # 31 ("Motion"), it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that New York City's Employee Retirement System located at 30-304 7th Avenue, 10th Floor, Long Island City, NY 11101 is hereby directed to attach Debtor's pension in the amount of **$3,300.00 per month AND remit same to Jack N. Zaharopoulos – Standing Chapter 13 Trustee with a mailing address located at P.O. Box 6008, Memphis, TN 38101-6008 until further order of Court.**

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: February 23, 2023