# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Lemuel Turton<br>　　　　　　Debtor(s)<br><br>M&T Bank, its successors and/or assigns<br>　　　　　　Movant<br>　vs.<br><br>Lemuel Turton<br>　　　　　　Debtor(s)<br><br>Jack N. Zaharopoulos<br>　　　　　　Trustee | CHAPTER 13<br><br><br><br><br>NO. 22-02141 MJC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of M&T Bank, which was filed with the Court on or about **January 23, 2023, docket number 30**.

Dated: March 6, 2023

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/Michael Farrington
　　　　　　　　　　　　　　　　　　Michael Farrington, Esq.
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　Phone: (215)-627-1322