IN THE UNITED STATES BANKRUPTCY COIRT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| LEMUEL TURTON | : | CHAPTER 13 |
| Debtor. | : | |
| | : | 5:22-bk-02141-MJC |
| LEMUEL TURTON | : | |
| Plaintiff, | : | |
| | : | _____ AP _____ |
| | : | |
| vs. | : | |
| | : | COMPLAINT TO DETERMINE |
| THE UNITED STATES OF AMERICA | : | DISCHARGEABLILITY |
| Defendant. | : | |

COMPLAINT TO DETERMINE DISCHARGEABILTY OF INCOME TAXES

1. And Now Comes the debtor, Lemuel Turton by and through his attorney, Bradley Warren Weidenbaum, Esq. and hereby files this adversary complaint to determine dischargeable federal income taxes owed by the debtor for the tax years; 2016, 2017 & 2018. In support of this action, debtor avers as follows:

2. Debtor filed a voluntary petition under Chapter 13 of the United States Bankruptcy Code on 3 November 2022.

3. Defendant, the United States of America (USA) filed a third amended proof of claim on May 9, 2023. See, [3-3] of the court's claim register.

4. The USA claims that debtor owes the following priority "Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8)" in the amount of $101,373.11.

5. At issue in this matter are the USA"s calculation of taxes or interest owed for the tax years, 2016, 2017, & 2018 totaling: $37,440.00

6. This is a core proceeding in that this matter arises under the United States Bankruptcy Code and is necessary to determine distribution of assets under the Chapter 13 estate.

7. The subject liability:

   a. arises from a tax on or measured by income or gross receipts.

   b. arises from a tax due for a taxable year ending on or before the date of the filing of the petition.

   c. arises from a tax for which a return, if required, was last due, including extensions, before three years prior to the date of the filing of Debtor's petition for relief.

   d. has not been assessed within the 240 days proceeding the filing of Debtor's petition for relief.

**WHEREFORE,** DEBTOR REQUESTS THAT THIS COURT ENTER THE FOLLOWING ORDER FOR RELIEF.

1. That debtor's taxes owed for the tax years 2016, 2017 and 2018 are dischargeable.

2. That the aforesaid sum shall be discharged upon debtor's successful completion of their Chapter 13 case.

Respectfully submitted this 24th day of July 2023

/s/Bradley Warren Weidenbaum, Esq.
PA Supreme Court ID 85241
P.O. Box 721
Brodheadsville, PA 18322
(570) 992-3900 Fax (570) 227-4514