United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-02141-MJC |
| Lemuel Turton | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 1 |
| Date Rcvd: Apr 16, 2024 | Form ID: pdf010 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2024:**

**Recip ID**  **Recipient Name and Address**
The New York Citys Employment, Retirement System, 30-304 7th Ave. 10th floor, Long Island City, N.Y. 11101

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bradley Warren Weidenbaum | on behalf of Plaintiff Lemuel Turton weidenbaumlaw@gmail.com G25181@notify.cincompass.com |
| Bradley Warren Weidenbaum | on behalf of Debtor 1 Lemuel Turton weidenbaumlaw@gmail.com G25181@notify.cincompass.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor M&T BANK mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : Chapter 13 |
| LEMUEL TURTON | : |
| | : Case No. 5:22-bk-02141-MJC |
| Debtor. | : |

## ORDER

Upon consideration of the Debtor's Motion to Modify Wage Attachment, Dkt. # 58 ("Motion"), it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the New York City's Employment Retirement System located at 30-304 7th Ave. 10th floor, Long Island City, NY 11101, **shall deduct the monthly sum of $4,551.0**0, rather than the former sum of $3,300.00, **and remit same to Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the United States Bankruptcy Court Middle District of Pennsylvania, P.O. Box 6008, Memphis, TN 38101, until further order of the Court.**

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: April 15, 2024