# M&T Bank

Make check payable to M&T Bank.

M & T BANK
PO BOX 62182
BALTIMORE MD 21264-2182

0008109407
LEMUEL A TURTON
AVIS C WEIRTURTON

If your bankruptcy plan requires you to send your regular monthly mortgage payments to the Trustee, you should pay the Trustee instead of us. Please contact your attorney or the Trustee if you have questions.

## PAYMENT AMOUNT

| | |
|---|---|
| Post-Petition Payment Date | 05/01/24 |
| Post-Petition Payment Amount | $5,678.32 |

Please designate how you want us to apply any additional funds.

| | |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| Unpaid Late Charges | $ |
| Other (Must specify) | $ |
| Total Amount Enclosed | $ |

0008109407 0143958 0146768

## Receipt 1

**USPS Customer's Receipt** — NOT NEGOTIABLE

- Pay to: M&T BANK
- Address: PO BOX 62182, BALTIMORE MD 21264-2182
- Memo: 0008109407
- Serial Number: 29332132648
- Year, Month, Day: 2024-09-10
- Post Office: 183300
- Amount: $1,000.00
- Clerk: 78

**Postal Money Order**

- Serial Number: 29332132648
- Year, Month, Day: 2024-09-10
- Post Office: 183300
- Amount: $1000.00 — One Thousand Dollars and 00/100
- Pay to: M&T Bank
- Address: PO BOX 62182, BALTIMORE MD 21264
- Memo: 0008109407
- From: LEMUEL A TURTON
- Address: 218 Starlight DR, Effort, PA 18330
- Clerk: 78

⑆00000800⑆ 29332132648⑈

## Receipt 2

**USPS Customer's Receipt** — NOT NEGOTIABLE

- Pay to: M&T Bank
- Address: PO Box 62182, BALTIMORE MD 21264-2182
- Memo: 0008109407
- Serial Number: 29332132650
- Year, Month, Day: 2024-09-10
- Post Office: 183300
- Amount: $700.00
- Clerk: 78

**Postal Money Order**

- Serial Number: 29332132650
- Year, Month, Day: 2024-09-10
- Post Office: 183300
- Amount: $700.00 — Seven Hundred Dollars and 00/100
- Pay to: M&T Bank
- Address: P.O. Box 62182, BALTIMORE MD 21264
- Memo: 0008109407
- From: LEMUEL TURTON
- Address: 218 Starlight DR, Effort, PA 18330
- Clerk: 78

⑆00000800⑆ 29332132650⑈

## Receipt 3

**UNITED STATES POSTAL SERVICE — CUSTOMER'S RECEIPT**

Pay to: M&T BANK
Address: PO BOX 62182
BALTIMORE MD 21264-2182
Memo: 0008109407

Serial Number: 29332132604
Year, Month, Day: 2024-09-10
Post Office: 183300
Amount: $1,000.00
Clerk: 78

**POSTAL MONEY ORDER**

Serial Number: 29332132604
Year, Month, Day: 2024-09-10
Post Office: 183300
U.S. Dollars and Cents: $1000.00
One Thousand Dollars and 00/100

Pay to: M&T BANK
Address: PO BOX 62182
BALTIMORE MD 21264
Memo: 0008109407

From: LEMUEL A. TURTON
Address: 218 Starlight DR
Effort PA 18330

Clerk: 78

⑈00000800⑉  29332132604⑈

---

## Receipt 4

**UNITED STATES POSTAL SERVICE — CUSTOMER'S RECEIPT**

Pay to: M&T Bank
Address: P.O. Box 62182
BALTIMORE MD 21264-2182
Memo: 0008109407

Serial Number: 29332132637
Year, Month, Day: 2024-09-10
Post Office: 183300
Amount: $1,000.00
Clerk: 78

**POSTAL MONEY ORDER**

Serial Number: 29332132637
Year, Month, Day: 2024-09-10
Post Office: 183300
U.S. Dollars and Cents: $1000.00
One Thousand Dollars and 00/100

Pay to: M&T Bank
Address: P.O. Box 62182
BALTIMORE, MD 21264-2182
Memo: 0008109407

From: LEMUEL A. TURTON
Address: 218 Starlight DR
Effort PA 18330

Clerk: 78

⑈00000800⑉  29332132637⑈

## Receipt 5

**UNITED STATES POSTAL SERVICE — CUSTOMER'S RECEIPT**

0008109407

Pay to: M&T BANK
Address: P.O. Box 62182
BALITMORE MD 21264-2182

Serial Number: 29332132626
Year, Month, Day: 2024-09-10
Post Office: 185300
Amount: $1,000.00
Clerk: 78

**POSTAL MONEY ORDER**

Serial Number: 29332132626
Year, Month, Day: 2024-09-10
Post Office: 185300
U.S. Dollars and Cents: $1000.00
One Thousand Dollars and 00/100

Pay to: M&T Bank
Address: P.O. Box 62182 BALITMORE MD 21264-2182
Memo: 0008109407
From: LEMUEL A TURTON
Address: 218 Starlight DR Effort, PA 18330

Clerk: 78

⑇00000800⑇ 2933213262 6⑇

## Receipt 6

**UNITED STATES POSTAL SERVICE — CUSTOMER'S RECEIPT**

0008109407

Pay to: M&T BANK
Address: P.O. Box 62182
BALITMORE MD 21264-2182

Serial Number: 2933213261 5
Year, Month, Day: 2024-09-10
Post Office: 185300
Amount: $1,000.00
Clerk: 78

**POSTAL MONEY ORDER**

Serial Number: 2933213261 5
Year, Month, Day: 2024-09-10
Post Office: 185300
U.S. Dollars and Cents: $1000.00
One Thousand Dollars and 00/100

Pay to: M&T Bank
Address: P.O. Box 62182 BALITMORE 21264-2182
Memo: 0008109407
From: LEMUEL A TURTON
Address: 218 Starlight DR Effort, PA 18330

Clerk: 78

⑇00000800⑇ 2933213261 5⑇