Rev. Sept 1, 2014

# LOCAL BANKRUPTCY FORM 9013-4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE:**
**Lemuel Turton**

            **Debtor(s)**

| | |
|---|---|
| CHAPTER | 13 |
| CASE NO. | 22-02141-MJC |
| ADV. NO. | - -ap- |
| NATURE OF PROCEEDING: | Motion for Relief from Stay (11 U.S.C. § 362) |
| DOCUMENT No. | 72, 73 |

**M & T Bank**

            **Plaintiff(s)/Movants**

    vs.

**Lemuel Turton, Debtor and**
**Jack Zaharapoulos, Trustee**

            **Defendant(s)/Respondent(s)**

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

    This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

    The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

    Reason for the continuance.
    Negotiating Stipulation in Settlement to Resolve Contested Matter.

    Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: January 28, 2026                    /s/ *Mark A. Cronin*
                                                          Applicant's Signature

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.